In the Matter of the Application to Vacate Probate of the Last Will and Testament of JOSEPH BUEHLER, JR., Deceased. EDGAR L. BUEHLER, Executor, Appellant; JEANE ETHEL BUEHLER, Respondent.— Order unanimously affirmed, with costs to the respondent and the special guardian for Edgar L. Buehler, Jr. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

JENNIE HARRIS, Individually and as Administratrix, etc., of CHARLES HARRIS, Deceased, Appellant, v. BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

SAMUEL WERNER, INC., Appellant, v. UNITED STATES FIDELITY & GUARANTY Co. and SOL FRANKEL, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. CLARA S. KAPLAN and Another, Appellants, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MAURICE T. BOLMER, Petitioner, Appellant, for an Order of Mandamus against AUSTIN H. MACCORMICK, Commissioner of the Department of Correction, and Others, Respondents.— Final order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there were issues of fact to be submitted to the jury. It is doubtful, however, whether complete relief can be obtained in this proceeding without the presence of Theodore Rosen as a party. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CONTINENTAL CASUALTY COMPANY, Appellant, v. BEN-MIL, INC., and Others, Respondents.— Without adopting the reasons assigned by the court at Special Term for its conclusion, we are of the opinion that there are issues requiring a trial, which prohibit the summary disposition of this action. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of JOSEPH KUEFNER, Respondent, v. LEO SPERBER, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted on the ground that the guilt of defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RAIEO, Alias JOHN ARIGLO, Alias JOHN ARGILE, Appellant.— In view of the many prior convictions of the defendant in this case, we cannot say that sentence to the penitentiary for an indefinite term was excessive or unjust. However, we assume that in fixing the marks to be earned by defendant the Parole Commission will give due consideration to the fact that the present offense involved no moral turpitude. Judgment, so far as appealed from, unanimously affirmed. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY EVANS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.